UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-2354**

URBN US Retail LLC v. Zurich American Insurance Co.

**ORDER STAYING APPEAL**

This appeal involves insurance coverage for business-interruption losses caused by the COVID-19 pandemic. Fourteen similar appeals were consolidated by the Court for disposition before a single merits panel (Nos. 20-3124, 20-3501, 20-3594, 21-1038, 21-1039, 21-1061, 21-1106, 21-1107, 21-1109, 21-1175, 21-1240, 21-1294, 21-1315, and 21-1414).

Pursuant to the Court's April 6, 2021, order consolidating those fourteen appeals, the above-captioned appeal is STAYED until the fourteen consolidated appeals have been resolved or until further order. Any party may move to lift this stay if there is good cause for this appeal to immediately proceed.

This stay does not apply to the following obligations:

- fee payments, 3d Cir. L.A.R. 3.3(a);
- ordering transcripts, Fed. R. App. P. 10(b), 3d Cir. L.A.R. 11.1;
- filing case-opening forms, 3d Cir. L.A.R. 26.1.1, 33.2; and
- entering appearances of counsel, 3d Cir. L.A.R. 46.2.

Failure to timely comply with those obligations may result in dismissal. See 3d Cir. L.A.R. 107.1, 107.2(a).

In light of this stay, the appellant's motion to stay the appeal pending Pennsylvania state-court proceedings is denied without prejudice to renewal if necessary after the mandates issue in the above-mentioned fourteen appeals.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 21, 2023
Sb/cc: All Counsel of Record